**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR14** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOSUE GOMEZ FRANCO,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [19].  For the reasons set forth in the motion and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [19] is granted as follows:

1. The jury trial, now set for June 30, 2026, is continued to **August 18, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 18, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: June 1, 2026**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**