**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR14** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOSUE GOMEZ FRANCO,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [23]. Counsel needs additional time to resolve this matter short of trial.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted as follows:

1.  The jury trial, now set for August 18, 2026, is continued to **September 22, 2026.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 22, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: July 22, 2026

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge