**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:26CR14** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOSUE GOMEZ FRANCO,** | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [25]. For the reasons set forth in the motion, and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [25] is granted as follows:

1. The jury trial, now set for September 22, 2026 is continued to **October 27, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 27, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: September 9, 2026

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge